ORIGINAL

1  michaeldavisinf

2  LEONARDO M. RAPADAS
   United States Attorney
3  STEVE CHIAPPETTA
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC - 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | MAGISTRATE CASE NO. **05-00058** |
| Plaintiff,                          ) | **INFORMATION** |
| vs.                                 ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** |
|                                     ) | [16 GCA 180102(b) and 18 USC §§ 7(3) and 13] |
| MICHAEL P. DAVIS,                   ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** |
| Defendant.                          ) | [16 GCA 180102(a) and 18 USC §§ 7(3) and 13] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

On or about December 2, 2005, in the District of Guam, the defendant, MICHAEL P. DAVIS, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while he had .08% or more, by weight, of alcohol in his blood, in violation of 16 Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about November 19, 2005, in the District of Guam, the defendant, MICHAEL P. DAVIS, at Naval Base Guam, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 9th day of December 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney