AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
DEC 14 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**MICHAEL P. DAVIS**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: MJ-05-00058

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Tuesday, December 20, 2005 at 9:30 a.m.** |

To answer a(n)
☐ Indictment  X Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**16:180102(b) & 18:7(3) & (13) - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) - COUNT 1**

**16:180102(a) & 18:7(3) & (13) - DRIVING UNDER THE INFLUENCE OF ALCOHOL - COUNT 2**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**December 9, 2005**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date 12/14/2005

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 520 West Soledad Ave. Hagatna, Guam 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 12/14/2005
Date

_J. Salas_
Name of United States Marshal

_V. R._
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.