# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

            Plaintiff,

   vs.

Michael P. Davis,

           Defendant.

Case No. 1:05-mj-00058

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order, and Order Setting Conditions of Release filed December 20, 2005*, on the dates indicated below:

| U.S. Attorney's Office | Federal Public Defender | U.S. Probation Office | U.S. Marshals Service |
|---|---|---|---|
| December 21, 2005 | December 21, 2005 | December 21, 2005 (Release Conditions only) | December 21, 2005 (Release Conditions only) |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order, and Order Setting Conditions of Release filed December 20, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 21, 2005                     /s/ Leilani R. Toves Hernandez
                                                                Deputy Clerk