UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | JOHN W. SAN NICOLAS II, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**  [ ] **Notice of Disposition**

**FILED**
**DISTRICT COURT OF GUAM**
JAN 27 2006
MARY L.M. MORAN
CLERK OF COURT

| | | | |
|---|---|---|---|
| Date: | *December 20, 2005* | Date: | |
| By: | *Joaquin V.E. Manibusan, Jr.*<br>*U.S. Magistrate Judge* | By: | |

| | | | |
|---|---|---|---|
| Defendant: | DAVIS, Michael Paul | Case Number: | MJ 05-00058-001 |
| Date of Birth: | XX-XX, 1976 | Place of Birth: | Houston, Texas-USA |
| SSN: | XXX-XX-0081 | | |

**NOTICE OF COURT ORDER** (Order Date: **December 20, 2005**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

Case 1:05-mj-00058   Document 10   Filed 01/27/2006   Page 1 of 1   ORIGINAL