ORIGINAL

1 | michaeldavisdismiss

2 | LEONARDO M. RAPADAS
United States Attorney
3 | STEVE CHIAPPETTA
Special Assistant U.S. Attorney
4 | Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5 | Hagåtña, Guam 96910
PHONE: 472-7332
6 | FAX: 472-7334

7 | Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

FEB _ 1 2006

MARY L.M. MORAN
CLERK OF COURT

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00058 |
| | ) |
| Plaintiff, | ) |
| | ) **MOTION TO DISMISS INFORMATION** |
| vs. | ) |
| | ) |
| MICHAEL P. DAVIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, MICHAEL P. DAVIS, be dismissed without prejudice, in the interests of justice .

Respectfully submitted this 31st day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVE CHIAPPETTA
Special Assistant U.S. Attorney