LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL P. DAVIS, <br><br> Defendant. | MAGISTRATE CASE NO. 05-00058 <br><br> **ORDER** <br> re: February 1, 2006 <br> **United States' Motion to Dismiss Information** |

IT IS SO ORDERED that the Information in the above case is dismissed without prejudice.

DATED this 2nd day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL