# ORIGINAL

## UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State

Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** JOHN W. SAN NICOLAS II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
**DISTRICT COURT OF GUAM**

**FEB - 8 2006**

**MARY L.M. MORAN**
**CLERK OF COURT**

| | | | |
|---|---|---|---|
| [X] **Original Notice** | | [X] **Notice of Disposition** | |
| Date: | **December 20, 2005** | Date: | **February 2, 2006** |
| By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **DAVIS, Michael Paul** | Case Number: | **MJ 05-00058-001** |
| Date of Birth: | **XX-XX-1976** | Place of Birth: | **Houston, Texas-USA** |
| SSN: | **XXX-XX-0081** | | |

**NOTICE OF COURT ORDER** (Order Date: **December 20, 2005** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

Case 1:05-mj-00058    Document 14    Filed 02/08/2006    Page 1 of 1